# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:18-CR-109 |
| | : | |
| v. | : | Judge Timothy S. Black |
| | : | |
| ANDREY SHUKLIN, et al., | : | BILL OF PARTICULARS |
| | : | |
| Defendants. | : | |

The United States of America, by and through the undersigned counsel, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegation set forth in the Indictment filed in the above-styled criminal case: real property known and numbered as 3370 Hidden Bay Drive #814, Aventura, Florida 33180 with all appurtenances, attachments and improvements attached thereto, legally described as:

> Condominium Unit No. 814, of 100 Hidden Bay Condominium, a Condominium according to the Declaration thereof, as recorded in Official Records Book 19034, at Page 4250, as amended, of the Public Records of Miami-Dade County, Florida.

More commonly known as: 3370 Hidden Bay Drive #814, Aventura, Florida 33180
Record Owner: Independent Van Lines, LLC
Parcel Id: 2822030573180
CFN: 20150286898  Book 29603 Pages 3834 and 3835

    Respectfully submitted,

    DAVID M. DEVILLERS
    United States Attorney

    */s/ Megan Gaffney*
    MATTHEW C. SINGER (IL 6297632)
    MEGAN GAFFNEY (NY 4849220)
    Assistant United States Attorneys
    221 E. Fourth Street, Suite 400
    Cincinnati, Ohio 45202
    Matthew.singer@usdoj.gov
    Megan.gaffney@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Court's CM/ECF System this 30th day of December 2019, which provides electronic notice to all parties.

*/s/Megan Gaffney*
MEGAN GAFFNEY (NY 4849220)
Assistant United States Attorney